1050

THE STATE OF WASHINGTON, *Respondent*, v. RYAN WESTBROOK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00022-1, Toni A. Sheldon, J., entered November 26, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Lee, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL GARBER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01516-5, Frederick W. Fleming, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN MICHAEL HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00827-6, Bryan E. Chushcoff, J., entered January 14, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Lee, JJ.

EDWIN D. COE ET AL., *Respondents*, v. REID NOEL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 08-2-00001-9, Michael J. Sullivan, J., entered March 6, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Melnick, JJ.